IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pitchford, Barbara A | Case Number: 06 B 09249 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 8/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 31, 2008
Confirmed: September 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 3,640.00 | |
| Secured: | | 1,454.48 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,000.00 |
| Trustee Fee: | | 185.52 |
| Other Funds: | | 0.00 |
| Totals: | 3,640.00 | 3,640.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 2,000.00 | 2,000.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | City Of Chicago | Secured | 0.00 | 0.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 17,554.57 | 1,454.48 |
| 5. | Illinois Dept of Revenue | Priority | 2,136.60 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 98.93 | 0.00 |
| 7. | City Of Chicago Dept Of Revenue | Unsecured | 203.00 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 25.77 | 0.00 |
| 9. | Illinois Dept of Revenue | Unsecured | 36.72 | 0.00 |
| 10. | Cash Today | Unsecured | | No Claim Filed |
| 11. | Cash Store | Unsecured | | No Claim Filed |
| 12. | T Mobile USA | Unsecured | | No Claim Filed |
| 13. | Magz LLC | Unsecured | | No Claim Filed |
| 14. | One Iron Ventures | Unsecured | | No Claim Filed |
| 15. | MCI | Unsecured | | No Claim Filed |
| 16. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 17. | Quick Payday | Unsecured | | No Claim Filed |
| 18. | Bureau Of Collection Recovery | Unsecured | | No Claim Filed |
| 19. | Park Dansan | Unsecured | | No Claim Filed |
| 20. | SJM Marketing | Unsecured | | No Claim Filed |
| 21. | Pay Day Loan Store Of Illinois | Unsecured | | No Claim Filed |
| | | | $ 22,055.59 | $ 3,454.48 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Pitchford, Barbara A | Case Number: 06 B 09249 |
|---|---|
|  | Judge: Hollis, Pamela S |
| Printed: 5/13/08 | Filed: 8/1/06 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 88.32 |
| 5.4% | 97.20 |
|  | _____ |
|  | $ 185.52 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

